UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

8/4/2022 10:50 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

HIGH INCOME SECURITIES FUND,

Plaintiff,

v.

CEDAR REALTY TRUST, INC., CEDAR REALTY TRUST PARTNERSHIP, L.P., BRUCE J. SCHANZER, GREGG A. GONSALVES, ABRAHAM EISENSTAT, STEVEN G. ROGERS, SABRINA KANNER, DARCY D. MORRIS, RICHARD H. ROSS, and SHARON STERN,

Defendants.

No. 2:22-cv-4031(JMA)(JMW)

## JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

Defendants Cedar Realty Trust, Inc., Cedar Realty Trust Partnership, L.P., Bruce J. Schanzer, Gregg A. Gonsalves, Abraham Eisenstat, Steven D. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern (collectively, "Defendants") and Plaintiff High Income Securities Fund ("Plaintiff") (together with Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 11, 2022 Plaintiff filed the complaint in the above-captioned action (the "Complaint"), alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder as well as common law negligent misrepresentation ("the Action");

WHEREAS, the Parties have conferred and agreed, through their respective counsel, and hereby enter into the following stipulation regarding the pleadings schedule in this matter;

WHEREAS, on July 21, 2022, the undersigned counsel to Defendants agreed to accept service on behalf of all Defendants.

IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants shall file their pre-motion letter for their intended motion to dismiss on or before August 12, 2022;

2. Plaintiffs shall file any response to this pre-motion letter on or before September 9, 2022;

3. With the court's assent, the pre-motion conference on Defendants' motion to dismiss shall take place on or after September 23, 2022.

4. Defendants shall not be required to answer, move to dismiss, or otherwise respond to any complaint filed in the above-captioned matter until forty five (45) days after either (a) the notification of Defendants by the Court that a pre-motion Conference is not necessary; or (b) a decision at or following the pre-motion Conference allowing Defendants to file their motion;

5. If Defendants move to dismiss the Complaint, Plaintiff shall have forty-five (45) days from the filing of the Defendants' motion to file any opposition to any such motion; and

6. Following the filing of Plaintiff's opposition, Defendants shall have thirty (30) days to file any reply brief in further support of their motion to dismiss.

RESPECTFULLY SUBMITTED AND STIPULATED.

Dated: August 3, 2022

/s/ Aaron T. Morris (with consent)
Aaron T. Morris
Andrew W. Robertson
MORRIS KANDINOV LLP

/s/ Jennifer B. Luz
Jennifer B. Luz
GOODWIN PROCTER LLP

1740 Broadway, 15th Floor  
New York, NY 10019  
(877) 216-1552  
aaron@moka.law  
andrew@moka.law  

*Counsel for Plaintiff*

100 Northern Avenue  
Boston, Massachusetts 02210  
Telephone: (617) 570-1000  
Facsimile: (617) 523-1231  
Email: JLuz@goodwinlaw.com  

Douglas H. Flaum  
GOODWIN PROCTER LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018  
Telephone: (212) 813-8800  
Facsimile: (212) 355-3333  
Email: DFlaum@goodwinlaw.com  

*Counsel for Defendants*

SO ORDERED this 4th day of August, 2022.

                                                /s/ JMA, U.S.D.J.
                                                Judge Joan M. Azrack