UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HIGH INCOME SECURITIES FUND,

                    Plaintiff,

        - against -

CEDAR REALTY TRUST, INC., CEDAR
REALTY TRUST PARTNERSHIP, L.P.,
BRUCE J. SCHANZER, GREGG A. GONSALVES,
ABRAHAM EISENSTAT, STEVEN G. ROGERS,
SABRINA KANNER, DARCY D. MORRIS,
RICHARD H. ROSS, and SHARON STERN,

                    Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 22-4031 (JMA) (JMW)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge,

having been filed on September 25, 2023, granting Defendants' motion to dismiss, dismissing

the complaint with prejudice, and respectfully directing the Clerk of Court to enter judgment

accordingly and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff High Income Securities Fund take nothing

of Defendants Cedar Realty Trust, Inc., Cedar Realty Partnership, L.P., Bruce J. Schanzer, Gregg

A. Gonsalves, Abraham Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard

H. Ross, and Sharon Stern; that Defendants' motion to dismiss is granted; that the complaint is

dismissed with prejudice; and that this case is closed.

Dated:  September 25, 2023
        Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT
                           BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK